Courtney HUDSON GOODSON, Justice, dissenting. | ¿Appellant Graham Goodloe has appealed the circuit court’s denial of his motion for a change of custody. For reversal, he contends that the circuit court erred by not finding a material change of circumstances and by not granting him physical custody of the children, although the court had found sufficient justification to warrant giving him significant decision-making authority. Rather than address the merits of this controversy, the majority simply remands this case to the circuit court because, via motion to dismiss on grounds of mootness, it has come to this court’s attention that Graham has filed another motion for a change of custody and that the circuit court has temporarily changed custody to Graham pending a final hearing. I dissent because this court should address the merits of the appeal. The circuit court’s order denying Graham’s motion for a change of custody is obviously a final order. As such, it is subject to appeal. This court has denied Graham’s motion to dismiss the appeal as moot because the circuit court’s most recent order vesting custody in Graham was only temporary in nature. Regardless of what may be happening in circuit court at this time, the issue raised by Graham in this appeal is ripe for review and should be settled by this court. The majority recognizes that this case is not moot. Because the issue is not moot, it cannot be said that our opinion would be purely advisory. See Chandler v. Martin ex rel. State, 2014 Ark. 219, 433 S.W.3d 884 (recognizing that an advisory opinion is one that offers an opinion on a moot issue). Therefore, this court should address the issue raised on appeal.